BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
CRAIG W. STRAUB (249032)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
cstraub@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/501-6550
andrew@thebrownlawfirm.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PETER MAI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPERCELL OY,<br><br>Defendant. | Case No.<br><br>**AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**<br><br>**CLASS ACTION**<br><br><br>**JURY TRIAL DEMANDED** |

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiff in the above-entitled action.

2. Plaintiff Peter Mai resides in Santa Clara County, which is within the San Jose Division of this District.

3. Defendant Supercell Oy has done, and is doing, business in California, including within the San Jose Division of this District. Such business includes the marketing and promotion of the video games and loot boxes at issue.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of August, 2020, at San Diego, California.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD