UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAI, et al., | Case No. 20-cv-05573-EJD |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SUPERCELL OY, | |
| Defendant. | |

On January 3, 2023, the Court granted Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint without leave to amend and dismissed the action with prejudice.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Supercell Oy and against Plaintiffs Peter Mai and Diego Niño. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 3, 2023

EDWARD J. DAVILA
United States District Judge