UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAI, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SUPERCELL OY,<br><br>            Defendant. | Case No. 5:20-cv-05573-EJD<br><br>**JUDGMENT** |

On June 14, 2024, the Court issued an order dismissing this case without prejudice pursuant to the Ninth Circuit's Mandate. ECF Nos. 66, 67, 68. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 14, 2024

_____
EDWARD J. DAVILA
United States District Judge